RECEIVED
JAN - 8 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

**JOSEPH THIBODEAUX** — **CIVIL ACTION NO.: 6:13 CV 02784**

**VERSUS** — **JUDGE DEE D. DRELL**

**ENSCO OFFSHORE COMPANY** — **MAGISTRATE WHITEHURST**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JUDGMENT**

This action was tried on September 12, 2016 through September 14, 2016, without a jury with Judge Dee D. Drell presiding. Pursuant to the written Ruling of this Court dated December 28, 2017, [DOC 119] it is ordered, adjudged and decreed that Plaintiff, JOSEPH C. THIBODEAUX, recover from Defendant, ENSCO OFFSHORE COMPANY, the amount of $331,928.62.

It is further ordered, adjudged and decreed that no prejudgment interest be awarded. Post-judgment interest is awarded at the applicable federal legal interest rate and costs may be awarded under federal law.

SIGNED this 8th day of January, 2018, in Chambers at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE